1  Douglas J. Campion, Esq. (SBN: 75381)
   doug@djcampion.com
2  **LAW OFFICES OF DOUGLAS J. CAMPION**
   409 Camino Del Rio South, Suite 303
3  San Diego, CA 92108
4  Telephone: (619) 299-2091
   Facsimile:  (619) 858-0034
5
6  Attorneys for Plaintiff

7  **HOGAN LOVELLS US LLP**
   Amy M. Gallegos, Esq. (SBN 211379)
8  1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA  90067
9  Telephone: (310) 785-7600
   Facsimile:  (310) 785-7601
10
11 Attorneys for Defendant Midland Funding, LLP

12
13
14              **UNITED STATES DISTRICT COURT**
15              **SOUTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| **Christopher Robinson, Individually and on Behalf of All Others Similarly Situated,**<br><br>                    Plaintiffs,<br>v.<br><br>**Midland Funding, LLC,**<br><br>                    Defendants. | Case Number:  10 CV 02261 MMA MDD<br><br>**CLASS ACTION**<br><br>**Joint Motion to File First Amended Complaint for Damages and Injunctive Relief Pursuant To The Telephone Consumer Protection Act, 47 U.S.C § 227 et seq.** |

**Joint Mtn - File First Amended Complaint**           1           **10 CV 02261 MMA MDD**

Plaintiff Christopher Robinson, on his behalf and on behalf of all others similarly situated, and Defendants Midland Funding, LLC and Midland Credit Management, Inc. file this joint motion to allow Plaintiff to amend his complaint to add Midland Credit Management, Inc. as a Defendant. Counsel for the current Defendant will be representing the newly-added Defendant as well. The parties agree there is good cause for amending the complaint. Defendants have not waived any rights to respond to the Complaint or the First Amended Complaint as otherwise permitted by law. Plaintiff shall have up to and including May 10, 2011 to file the First Amended Complaint.

WHEREFORE, the parties hereto request that the Court enter an Order:

1. Allowing Plaintiff to file his First Amended Complaint on or before May 10, 2011; and

2. Allowing Defendants until June 7, 2011 to Answer or otherwise respond to the First Amended Complaint.

AGREED TO AND SUBMITTED:

Dated: April 26, 2011                    LAW OFFICES OF DOUGLAS J. CAMPION

                                         By: /s/Douglas J. Campion
                                             Douglas J. Campion

                                         Attorneys for Plaintiff

                                         HOGAN LOVELLS US LLP

Dated: April 26, 2011
                                         By: /s/ Amy M. Gallegos
                                             Amy M. Gallegos

                                         Attorneys for Defendant Midland Funding, LLC