# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | CASE NO. 11md2286-MMA (MDD)<br><br>Member cases: 10-cv-02261<br>10-cv-02600<br>11-cv-02368<br>11-cv-02370<br><br>**ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR APPOINTMENT OF LEAD COUNSEL AND LIAISON COUNSEL**<br><br>[Doc. No. 17] |

This multi-district action is before the Court on Plaintiffs' Joint Motion for Appointment of Lead Counsel and Liaison Counsel.[1,2] The Court has considered the experience and qualifications of

---

[1] As noted in the caption, this litigation currently consists of four member actions. All four actions are purported class actions. Two actions were originally filed in the Southern District of California: *Christopher Robinson v. Midland Funding, LLC*, Case No. 10cv02261 and *Eduardo Tovar v. Midland Credit Management*, Case No. 10cv02600. The other two actions, both filed in the Northern District of Illinois, are: *Nicholas Martin v. Midland Funding, LLC*, Case No. 11cv03104 and *Dave Scardina v. Midland Credit Management, Inc., et al.*, Case No. 11cv03149.

[2] The motion has been submitted jointly by Plaintiffs, and Defendant has not filed an opposition. The Court finds the motion suitable for determination on the papers pursuant to Civil Local Rule 7.1.d.1. As such, the Court vacates the hearing previously set for March 19, 2012.

proposed lead and liaison counsel, in addition to other relevant factors, and finds Plaintiffs' proposal satisfactory. *See* MANUAL ON COMPLEX LITIGATION (4th Ed.) § 10.224. *See also id.,* § 22.62 (discussing appointment of lead counsel in multi-district litigation and factors to be considered).

Accordingly, the Court **GRANTS** Plaintiffs' Joint Motion [Doc. No. 17] and hereby **APPOINTS**: Counsel 1) for Christopher Robinson, Douglas J. Campion of the Law Offices of Douglas J. Campion, and 2) for David Scardina, Daniel A. Edelman and James O. Latturner of Edelman, Combs, Latturner & Goodwin, as Co-Lead Interim Class Counsel;[3] and Counsel for Eduardo Tovar, David P. Schafer and Joseph Darrell Palmer, as Liaison Counsel.

**IT IS SO ORDERED**.

DATED: March 13, 2012

Hon. Michael M. Anello
United States District Judge

---

[3] Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court may designate interim class counsel to represent the interests of the alleged class in initial proceedings, even before determining whether to certify the class as a whole.